IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PREN NOTHNAGEL,** <br><br> Petitioner, <br><br> v. <br><br> **CLIFF ALLENBY, Acting Director, California Department of Mental Health,** <br><br> Respondent. | Case No. C 12-5976 CW (PR) <br><br> [**PROPOSED**] ORDER |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until August 2, 2013, to file an answer to, or responsive motion regarding, the petition for writ of habeas corpus. Petitioner may file and serve a traverse, if any, within thirty (30) days of his receipt of the answer. He may file and serve an opposition or statement of non-opposition within thirty (30) days of his receipt of a motion to dismiss, if any.

IT IS SO ORDERED

Dated: _____5/22/2013_____          _____
                                    The Honorable Claudia Wilken

1

[Proposed] Order (C 12-5976 CW (PR))