UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PREN NOTHNAGEL, | ) | No. C 12-5976 CW (PR) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| CLIFF ALLENBY, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

    For the reasons stated in the Court's Order Denying the Petition for a Writ of Habeas Corpus, judgment is hereby entered in favor of Respondent.  Each party shall bear his own costs.

    IT IS SO ORDERED.

Dated: February 2, 2016

                                                   CLAUDIA WILKEN
                                                   United States District Judge